**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HOWARD COHAN,

    Plaintiff,

v.                                              Case No:   6:24-cv-1457-GAP-RMN

GVL HOSPITALITY, LLC,

    Defendant

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon consideration of the Notice of Voluntary Dismissal Without Prejudice (Doc. 8), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed without prejudice, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 26, 2024.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties